1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  TAO DENG,                          )
    and her husband JIAN LIU,          )   No. C 07-0533-CRB
13                                      )
              Plaintiffs,               )
14                                      )
         v.                             )   **STIPULATION TO EXTEND DATE OF**
15                                      )   **CASE MANAGEMENT CONFERENCE;**
    ALBERTO GONZALES, Attorney General  )   **AND ~~[PROPOSED]~~ ORDER**
16  of the United States; MICHAEL CHERTOFF, )
    Secretary of the Department of Homeland )
17  Security; EMILIO T. GONZALEZ, Director )
    of United States Citizenship and Immigration )
18  Services; ROBERT S. MULLER, Director )
    of the Federal Bureau of Investigation; )
19  CHRISTINA POULOS, Acting Director   )
    of the California Service Center,   )
20                                      )
              Defendants.               )
21  _____

22       The plaintiffs, by and through their attorney of record, and defendants, by and through their

23  attorneys of record, hereby stipulate, subject approval of the Court, to extend the date of the case

24  management conference by 90 days in light of the following:

25       (1)  The plaintiffs are natives of China who each filed a Form I-485 application to adjust status

26  to lawful permanent resident with the United States Citizenship and Immigration Services

27  (USCIS) on or about February 18, 2005.

28       (2)  The USCIS has not yet adjudicated the Form I-485 applications because the required

1 | background checks have not been completed.

2 | (3)  The plaintiffs filed an action on January 25, 2007, seeking an order from this Court

3 | directing USCIS to adjudicate their Form I-485 applications.

4 | (4)  In light of the possibility that this case might be administratively resolved in the next 90

5 | days, the parties respectfully ask this Court to extend to the date of the case management

6 | conference in this case, currently scheduled for May 4, 2007, to **August 3, 2007.**

7 |

8 | Dated: May 2, 2007                         Respectfully submitted,

9 |                                            SCOTT N. SCHOOLS
                                               United States Attorney

10 |

11 |                                            /s/
                                               EDWARD A. OLSEN
                                               Assistant United States Attorney

12 |                                            Attorneys for Defendants

13 |

14 | Dated: May 2, 2007                         /s/
                                               TRICIA WANG

15 |                                            Attorney for Plaintiffs

16 |

17 |                                    **ORDER**

18 |      Pursuant to stipulation, IT IS SO ORDERED.

19 |

20 | Date:  May 3, 2007                    _____

21 |                                       CHARLES R. BREYER
                                          United States District Judge

22 |

23 |

24 |

25 |

26 |

27 |

28 |



STIPULATION TO EXTEND DATE OF CMC
C 07-0533 EMC