1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12  TAO DENG,                                 )
    and her husband JIAN LIU,                 )   No. C 07-0533-CRB
13                                            )
              Plaintiffs,                     )
14                                            )
         v.                                   )   **JOINT CASE MANAGEMENT**
15                                            )   **STATEMENT; REQUEST THAT COURT**
    ALBERTO GONZALES, Attorney General        )   **VACATE CASE MANAGEMENT**
16  of the United States; MICHAEL CHERTOFF,   )   **CONFERENCE; AND [PROPOSED]**
    Secretary of the Department of Homeland   )   **ORDER**
17  Security; EMILIO T. GONZALEZ, Director    )
    of United States Citizenship and Immigration )  Date: August 3, 2007
18  Services; ROBERT S. MULLER, Director      )   Time: 8:30 a.m.
    of the Federal Bureau of Investigation;   )
19  CHRISTINA POULOS, Acting Director         )
    of the California Service Center,         )
20                                            )
              Defendants.                     )
21  _____

22  **1. Jurisdiction and Service**

23  The basis asserted by plaintiffs for this Court's jurisdiction is 28 U.S.C. § 1331, 28 U.S.C. §

24  1361, and 5 U.S.C. § 701 et seq.  The parties do not dispute that venue is proper in this district.

25  No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

26  **2. Facts**

27  The plaintiffs are natives of China who each filed a Form I-485 application to adjust status to

28  lawful permanent resident with the United States Citizenship and Immigration Services (USCIS)

JOINT CASE MANAGEMENT STATEMENT
C 07-0533-CRB

on or about February 18, 2005.  The USCIS has not yet adjudicated the Form I-485 applications because the required background checks, including the FBI name check, have not been completed. The plaintiffs filed an action on January 15, 2007, seeking an order from this Court directing USCIS to adjudicate their Form I-485 applications.

### 3. Legal Issues

Whether this Court should dismiss the plaintiff's action for failure to state a claim and for lack of subject matter jurisdiction.

Assuming this Court has jurisdiction, whether the defendants are processing the plaintiffs' I-485 applications within a reasonable period of time.

### 4. Motions

The parties intend to file cross-motions for summary judgment to resolve this case.

### 5. Amendment of Pleadings

No parties, claims or defenses are expected to be added or dismissed.

### 6. Evidence Preservation

The parties do not have any evidence that falls within this category.

### 7. Disclosures

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

### 8. Discovery

The parties do not intend to take any discovery at this time.

### 9. Class Actions

N/A

### 10. Related Cases

The parties are not aware of any related case or cases.

### 11. Relief

The plaintiffs ask this Court to direct USCIS to adjudicate their Form I-485 application.

### 12. Settlement and ADR

The parties have filed their ADR certification and a Notice of Need for an ADR Phone

JOINT CASE MANAGEMENT STATEMENT
C 07-0533-CRB

Conference.

**13. Consent to Magistrate Judge for All Purposes**

One or more of the parties have declined magistrate judge jurisdiction.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties believe this case can be resolved on motion(s).

**17. Scheduling**

The parties propose the following schedule on the defendants' motion to dismiss:

Parties' Cross-Motions for Summary Judgment:     November 2, 2007

Parties' Cross-Oppositions:     November 16, 2007

Hearing:     November 30, 2007, at 10:00 a.m.

**18. Trial**

The parties do not anticipate the need for a trial in this case.

**19. Disclosure of Non-Party Interested Entities or Persons**:

The parties intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

JOINT CASE MANAGEMENT STATEMENT
C 07-0533-CRB

Dated:  July 27, 2007                    /s/
                                          TRICIA WANG
                                          Attorney for Plaintiffs


Dated:  July 27, 2007                    /s/
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorney for Defendants


## ORDER

The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order.  The Court hereby vacates the case management conference, which was scheduled for August 3, 2007, at 8:30 a.m.


Dated: August  02 , 2007            _____
                                     CHARLES R. BREYER
                                     United States District Court Judge



JOINT CASE MANAGEMENT STATEMENT
C 07-0533-CRB