SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAO DENG,<br>and her husband JIAN LIU,<br><br>       Plaintiffs,<br><br>       v.<br><br>ALBERTO GONZALES, Attorney General<br>of the United States; MICHAEL CHERTOFF,<br>Secretary of the Department of Homeland<br>Security; EMILIO T. GONZALEZ, Director<br>of United States Citizenship and Immigration<br>Services; ROBERT S. MULLER, Director<br>of the Federal Bureau of Investigation;<br>CHRISTINA POULOS, Acting Director<br>of the California Service Center,<br><br>       Defendants. | No. C 07-0533-CRB<br><br>**STIPULATION TO VACATE HEARING;<br>AND [~~PROPOSED~~] ORDER**<br><br>Date:  November 30, 2007<br>Time:  10:00 a.m. |

    The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the hearing in the above-entitled action, which is scheduled for November 30, 2007, at 10:00 a.m.  The parties ask this Court to decide the matter on the papers.

STIPULATION TO VACATE HEARING
C 07-0533-CRB

1

2   Dated:  November 14, 2007                    Respectfully submitted,

3                                                SCOTT N. SCHOOLS
                                                 United States Attorney
4

5                                                    /s/
                                                 EDWARD A. OLSEN
6                                                Assistant United States Attorney
                                                 Attorneys for Defendants
7

8
    Dated:  November 14, 2007                        /s/
9                                                TRICIA WANG
                                                 Attorney for Plaintiffs
10

11                                    **ORDER**

12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14  Date:   November 19, 2007

15                                      CHARLES R. BREYER
                                        United States District
16
17
18
19
20
21
22
23
24
25
26
27
28



STIPULATION TO VACATE HEARING
C 07-0533-CRB