1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 TAO DENG,                          )
   and her husband JIAN LIU,          ) No. C 07-0533 CRB
13                                    )
                Plaintiffs,           )
14                                    )
        v.                            ) **STIPULATION TO DISMISS; AND**
15                                    ) **[PROPOSED] ORDER**
   ALBERTO GONZALES, Attorney General )
16 of the United States; MICHAEL CHERTOFF, )
   Secretary of the Department of Homeland )
17 Security; EMILIO T. GONZALEZ, Director )
   of United States Citizenship and Immigration )
18 Services; ROBERT S. MULLER, Director )
   of the Federal Bureau of Investigation; )
19 CHRISTINA POULOS, Acting Director  )
   of the California Service Center,  )
20                                    )
                Defendants.            )
21 _____)

22     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

24 in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C 07-0533 CRB

| | | |
|---|---|---|
| 1 | Dated: November 27, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorney for Defendants |
| 6 | | |
| 7 | | |
| 8 | Dated: November 27, 2007 | _____/s/_____<br>TRICIA WANG<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   November 29, 2007            _____
                                     CHARLES R. BREYER
                                     United States District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Charles R. Breyer]*

Stipulation to Dismiss
C 07-0533 CRB